JOHN BEILMAN et al., Composing the Firm of BEILMAN, McCUSKER & RIESTER et al., Respondents, *v.* UNITED SURETY COMPANY, Appellant.

*Beilman* v. *United Surety Co.*, 168 App. Div. 921, affirmed.
(Argued November 2, 1917; decided November 20, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1915, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action in equity by plaintiffs (insurance agents) against the defendant surety company for an accounting under a contract of employment. Defendant by its amended answer denied that it owed the plaintiffs any moneys, and set forth that the plaintiffs were indebted to the defendant in the sum of $3,430.45, overpayments, for which it demanded judgment against the plaintiffs.

*Edwin Blumenstiel* for appellant.
*R. M. Cahoone* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.